

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2021

No. 04-20-00460-CR

Michael A. **WILSON,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8205
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was due by February 8, 2021, after receiving a 30-day extension of time. On February 4, 2021, appellant filed a second motion requesting another thirty day extension of time. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by March 10, 2021**. Further requests for extensions of time to file the brief will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court